RECEIVED CHARLOTTE, N.C. JUN 15 2005 Clerk, U.S. Dist. Court W. Dist. of N.C.

FILED
CHARLOTTE, N. C.

NOV 30 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: Letter Rogatory from the Court of First Instance No. 2, Irun (Guipuzcoa), Spain, in the matter of Genwove U.S. Ltd. General Woods and Veneers v. Hiframasa, S.A.. | MISC. NO. 3:05MC 264 |

## EX PARTE ORDER

WHEREAS, the United States of America, by its attorney, Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, on behalf of the Court of First Instance No. 2, Irun (Guipuzcoa), Spain, is seeking to obtain certain information from Wachovia Bank, successor to First Union National Bank, for use in connection with a judicial proceeding in the Court of First Instance No. 2, Irun (Guipuzcoa), Spain.

NOW THEREFORE, it is

ORDERED, pursuant to Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that James M. Sullivan, Assistant United States Attorney for the Western District of North Carolina, be and hereby is appointed as Commissioner, to take such steps as are necessary to obtain bank account information from Wachovia Bank; to submit said information to the United States Attorney for the Western District of North Carolina for transmission to the United States Department of Justice or its designee; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall Wachovia Bank, Charlotte, North Carolina, with a copy of this Order and the accompanying documents.


AUSA

This the 29 day of ~~June~~ November, 2005.

_____
UNITED STATES DISTRICT JUDGE